## Service of Process Transmittal Summary

**TO:**  Maria Osusa
Otis Elevator Company
ONE CARRIER PLACE
FARMINGTON, CT 06032-2572

**RE:**  **Process Served in Texas**

**FOR:**  Otis Elevator Company  (Domestic State: NJ)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Re: ADRIAN GONZALES, PATRICK HERNANDEZ AND VANESSA MARGO // To: Otis Elevator Company |
| **CASE #:** | 2025CCV607381 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Process Server on 11/03/2025 at 13:18 |
| **JURISDICTION SERVED:** | Texas |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/03/2025, Expected Purge Date: 11/08/2025 |
| | Image SOP |
| | Email Notification,  Brenda Jacobs  brenda.jacobs@otis.com |
| | Email Notification,  Maria Osusa  maria.osusa@otis.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
1999 Bryan Street
Suite 900
Dallas, TX 75201
877-564-7529
MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

 Wolters Kluwer

## PROCESS SERVER DELIVERY DETAILS

**Date:**                          Mon, Nov 3, 2025
**Server Name:**                   Carlos Barrera

| Entity Served | OTIS ELEVATOR COMPANY |
|---|---|
| Case Number | 2025CCV-60738-1 |
| Jurisdiction | TX |

| Inserts |
|---|
|  |



Copy

**Citation for Personal Service –RESIDENT**

Case Number: **2025CCV-60738-1**

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO:    **Otis Elevator Company**
       **Registered Agent: CT Corporation System**
       **1999 Bryan St., Suite 900**
       **Dallas, Texas 75201**
the Defendant,

GREETING: You are commanded to appear by filing a written answer to the **Plaintiff's First Amended Original Petition** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the **Honorable Todd Robinson, County Court at Law #1** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas. Said **Amended Petition** was filed on the 17th day of October, 2025. A copy of same accompanies this citation.
The file number of said suit being Number: **2025CCV-60738-1**

The style of the case is: **Adrian Gonzales, Patrick Hernandez, Vanessa Margo vs. Kone Inc., Otis Elevator Company**

Said Amended Petition was filed in said court by **Stephen J. Chapman**, attorney for Plaintiff, whose address is 710 Mesquite St. Corpus Christi, TX 78401.

The nature of the demand is fully shown by a true and correct copy of the Amended Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this 27th day of October, 2025.

**ANNE LORENTZEN, DISTRICT CLERK**
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401

BY: _Tricia Ayala_, Deputy
Tricia Ayala

Copy

## RETURN OF SERVICE

2025CCV-60738-1

ADRIAN GONZALES, PATRICK
HERNANDEZ, VANESSA MARGO
VS.
KONE INC., OTIS ELEVATOR
COMPANY

COUNTY COURT AT LAW #1

Name _____

**ADDRESS FOR SERVICE**
 Otis Elevator Company
 Registered Agent: CT Corporation System
 1999 Bryan St., Suite 900
 Dallas, Texas 75201

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20____, at _____ o'clock ____. m., and executed in _____ County, Texas by delivering to the within named defendant in person, a true copy of this citation with the date of delivery endorsed thereon, together with the accompanying copy of the _____ _____, at the following times and places, to-wit:

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|---|---|---|
| | | |

And not executed as to the defendant(s), _____
The diligence used in finding said defendant(s) being: _____

and the cause of failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

Fees:                                                         _____, Officer
Serving Petition and Copy    $_____    _____, County, Texas
Total                             $_____    By _____, Deputy

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my
         (First, Middle, Last)

address is _____
         (Street, City, State, Zip, Country)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____ day of
of _____, 20____.

                                   _____
                                   Declarant / Authorized Process Server

                                   _____
                                   ID# & Expiration of Certification

Filed
10/17/2025 2:58 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO. <u>2025CCV-60738-1</u>

| | | |
|---|---|---|
| ADRIAN GONZALES, | § | IN THE COUNTY COURT |
| PATRICK HERNANDEZ AND | § | |
| VANESSA MARGO | § | |
| | § | |
| V. | § | AT LAW NUMBER ONE |
| | § | |
| OTIS ELEVATOR COMPANY | § | NUECES COUNTY, TEXAS |

## <u>PLAINTIFFS' FIRST AMENDED ORIGINAL PETITION</u>

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES ADRIAN GONZALES, PATRICK HERNANDEZ AND VANESSA MARGO,** hereinafter called Plaintiffs, complaining of and about **OTIS ELEVATOR COMPANY,** hereinafter called Defendant, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL
I.

Discovery is intended to be conducted under Level Two (2) pursuant to Rule 190.3 of the Texas Rules of Civil Procedure. Plaintiffs seek monetary relief over $250,000 but not more than $1,000,000.

### VENUE
II.

Venue in Nueces County is proper in this cause under Section 15 of the Texas Civil Practice and Remedies Code because all of the events herein took place in Nueces County.

## PARTIES AND SERVICE
### III.

Plaintiff, **ADRIAN GONZALES**, is an individual residing in Corpus Christi, Texas. The last three digits of his driver's license 918. The last three digits of his social security number are 853.

Plaintiff, **PATRICK HERNANDEZ**, is an individual residing in Corpus Christi, Texas. The last three digits of his driver's license 830. The last three digits of his social security number are 967.

Plaintiff, **VANESSA MARGO**, is an individual residing in Corpus Christi, Texas. The last three digits of his driver's license 179. The last three digits of his social security number are 930.

Defendant, **OTIS ELEVATOR COMPANY**, is a company duly formed and existing under the laws of Texas, and having a place of business in Nueces County, Texas. Defendant may be served by serving the registered agent, CT Corporation System, 1999 Bryan, St., Suite 900, Dallas, Texas 75201.

### FACTS

### III.

On or about April 25, 2024, Plaintiffs **ADRIAN GONZALEZ, PATRICK HERNANDEZ AND VANESSA MARGO**, were riding in an elevator while at work at AT&T located at 406 Carancahua St. N. @ Lipan St., Corpus Christi, Texas when the elevator suddenly fell approximately six floors. As a result of the negligent conduct of Defendant **OTIS ELEVATOR COMPANY**, the resulting incident, Plaintiffs **ADRIAN GONZALEZ, PATRICK HERNANDEZ AND VANESSA MARGO** sustained substantial physical injuries to Plaintiffs' person.

## PLAINTIFFS CLAIMS OF NEGLIGENCE AND GROSS NEGLIGENCE
## AGAINST DEFENDANT
### IV.

Plaintiffs would show that Defendant, **OTIS ELEVATOR COMPANY**, committed acts and/or omissions that constitute negligence and his actions and/or failure to act properly are the direct, producing and proximate cause of the incident and injuries in question, including the damages sustained by the Plaintiff, in the following non-exclusive particulars:

1.     In that Defendant failed to inspect the elevator for defects;

2.     In that Defendant failed to properly maintain and/or adequately monitor the elevator equipment in question;

3.     Defendant committed negligence per se as then elevator did not meet the required standards for operation in the state of Texas.

4.     Defendant was negligent in the failure to keep proper maintenance records.

Plaintiffs assert that the above acts and/or omissions, singularly or in combination with others, constitute negligence, and were the direct, producing and proximate cause of the collision and Plaintiffs injuries and damages.

Further, Defendant's failure to act despite knowledge of the defect in the Elevator amounted to gross negligence as the failure to repair the elevator placed Plaintiff and others at an unreasonable risk of harm.

### V.
### DAMAGES FOR PLAINTIFFS

As a direct and proximate result of the occurrence made the basis of this lawsuit,

Plaintiffs, **ADRIAN GONZALEZ, PATRICK HERNANDEZ AND VANESSA MARGO**

were caused to suffer irreparable physical harm.

As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiffs, **ADRIAN GONZALEZ, PATRICK HERNANDEZ AND VANESSA MARGO**, have incurred the following damages:

1. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Nueces County, Texas;

2. Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

3. Physical pain and suffering in the past;

4. Mental anguish in the past;

5. Physical pain and suffering in the future;

6. Mental anguish in the future;

7. Physical impairment in the past;

8. Physical impairment which, in all reasonable probability, will be suffered in the future;

9. Loss of earnings in the past;

10. Loss of earning capacity which will, in all probability, be incurred in the future;

11. Fear of future disease or condition;

12. Loss of Household Services.

All of the Plaintiffs' damages are in an amount within the minimum jurisdictional limits of this Court. Plaintiffs affirmatively plead that they seek monetary relief over $250,000 but not more than $1,000,000.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs, respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiffs against Defendant for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

**WEBB CASON & MANNING, PC**
710 Mesquite Street
Corpus Christi, Texas 78401
Telephone:    (361) 887-1031
Facsimile:    (361) 887-0903

*/s/ Stephen J. Chapman*
Stephen J. Chapman
State Bar No. 24001870
steve@wcctxlaw.com

**\*E-Service Email: service@wcctxlaw.com**

**\* E-Service is only accepted at the above designated e-service e-mail address.**

**ATTORNEYS FOR PLAINTIFFS**

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the foregoing instrument was served upon counsel of record in the method indicated on this the 17th day of October, 2025.

Gregory C. Rota                                     grota@hrmlawyers.com
HORNE ROTA MOOS LLP
2777 Allen Parkway, Suite 1200
Houston, Texas 77019


                                          */s/ Stephen J. Chapman*
                                          Stephen J. Chapman

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Pena on behalf of Stephen Chapman
Bar No. 24001870
jennifer@wcctxlaw.com
Envelope ID: 106994514
Filing Code Description: AMENDED PETITION
Filing Description: Plaintiffs' First Amended Original Petition
Status as of 10/20/2025 10:30 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Gregory CRota | | grota@hrmlawyers.com | 10/17/2025 2:58:56 PM | SENT |
| Stephen J.Chapman | | steve@wcctxlaw.com | 10/17/2025 2:58:56 PM | SENT |
| Arleen Duenes | | arlecn@wcctxlaw.com | 10/17/2025 2:58:56 PM | SENT |
| Webb Cason | | service@wcctxlaw.com | 10/17/2025 2:58:56 PM | SENT |
| Jennifer Pena | | Jennifer@wcctxlaw.com | 10/17/2025 2:58:56 PM | SENT |